**IN THE SUPREME COURT OF PENNSYLVANIA**
**EASTERN DISTRICT**

| | | |
|---|---|---|
| LAN TU TRINH, | : | No. 153 EAL 2020 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| KATHLEEN LIEN TRINH AND LT | : | |
| INTERNATIONAL BEAUTY SCHOOL, INC., | : | |
| | : | |
| Respondents | : | |

## <u>ORDER</u>

**PER CURIAM**

     **AND NOW**, this 22nd day of September, 2020, the Petition for Allowance of Appeal

is **DENIED**.